[No. 40853-8-II.   Division Two.   May 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY JEROME IRISH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-02193-2, Kitty-Ann van Doorninck, J., entered June 11, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Hunt, J.

[Nos. 40873-2-II; 40876-7-II;   Division Two.   May 25, 2011.]
       40883-0-II; 40886-4-II.

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS MARCEL PATTERSON, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 10-1-00400-9, Roger A. Bennett, J., entered May 7, 2010. *Remanded with instructions* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 28911-7-III.   Division Three.   May 26, 2011.]

ROSS WILKINSON ET AL., *Appellants*, v. CHIWAWA COMMUNITIES ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 09-2-00896-0, Ted W. Small, J., entered March 26, 2010. *Reversed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.

[No. 63636-7-I.   Division One.   May 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN LEWIS HUGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06178-5, Jim Rogers, J., entered June 5, 2009. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Becker, J.